## C. B. Lapham, Appellee, v. Burroughs Adding Machine Company, Appellant.

Gen. No. 44,940.

Poppenhusen, Johnston, Thompson & Raymond, for appellant; James A. Sprowl and Charles J. O'Laughlin, of counsel; Richard Lefebure, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed March 23, 1950; released for publication April 13, 1950.